United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

**United States Bankruptcy Court**
**Southern District of Texas**
**Houston Division**

In re **Christopher A. Wyatt**  Case No. **25-32536-H1-13**
Debtor(s)  Chapter **13**

**ORDER EXTENDING DEADLINE TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF MONTHLY INCOME AND PAYMENT ADVICES,**

The documents must all be filed prior to the hearing on the motion to extend the stay.

Signed: May 20, 2025

Marvin Isgur
United States Bankruptcy Judge